08 CV 4813

**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

EDWARD ROCHE,                                                  08 Civ.        (    ) (    )

                              Plaintiffs,

          -against-                                            RULE 7.1 DISCLOSURE OF
                                                               INTERESTED PARTIES

FEDERAL EXPRESS CORPORATION                                    MAY 2 3 2008
AND JUAN M. BELEN,
                                                               U.S.D.C. S.D. N.Y.
                                                               CASHIERS

                              Defendants.

------------------------------------------------------------------------X

          I,    Anthony  W.  Eckert III,    an attorney for defendant FEDERAL EXPRESS

CORPORATION, having filed an initial pleading in the above captioned matter, make the following

disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

          FedEx Corporation.

Dated: New York, New York
          May 23, 2008

                                        ANTHONY W. ECKERT III, ESQ.

                                        By:_____
                                               Anthony W. Eckert III (AWE-7949)
                                        Attorney for Defendants
                                        Federal Express Corporation and
                                        Juan M. Belen
                                        555 Fifth Avenue, 15ᵗʰ Floor
                                        New York, New York  10017
                                        (212) 922-0450

TO:    MICHAEL T. RIDGE, ESQ.
          Attorney for Plaintiff
          910 Grand Concourse, Suite 1D
          Bronx, New York 10451
          (718) 590-5400