```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD ROCHE,

                              Plaintiff,

-against-

FEDERAL EXPRESS CORPORATION
AND JUAN M. BELEN,

                              Defendants.
------------------------------------------------------------X

08 Civ. 4813 (NRB) (DFE)

**STIPULATION AND
ORDER OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
         July 29, 2008

MICHAEL T. RIDGE, ESQ.

By: _____
    Michael T. Ridge (MTR- )
Attorney for Plaintiff
910 Grand Concourse, Suite 1D
Bronx, New York 10451
(718) 590-5400

ANTHONY W. ECKERT III, ESQ.

By: _____
    Anthony W. Eckert III (AWE-7949)
Attorney for Defendants
Federal Express Corporation, and
Juan M. Belen
555 Fifth Avenue, 15th Floor
New York, NY 10017
(212) 922-0450

So Ordered.
[signature], USDJ

September 5, 2008